UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

2010 AUG 27 AM 8: 24

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>       vs.<br><br>ROBERTO SERNA-CASTRO,<br><br>                   Defendant. | CASE NO. 10CR3050-BEN<br><br>**JUDGMENT OF DISMISSAL** |

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

____  of the offense(s) of:

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: AUGUST 26, 2010

NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

ENTERED ON _____